UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hidden Empire Film Group LP, et al., | No. 2:22-cv-01956-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Mark Chalant Phifer, et al., | |
| Defendants. | |

The court has granted defendants' request to reschedule the hearing on the pending motion to change venue, and a hearing has been set for April 28, 2023. ECF No. 14. The request for an extension of time at ECF No. 16 is therefore **denied as moot**.

The scheduling conference currently set for March 9, 2023 is **vacated and reset for April 28, 2023 at 10:00 a.m.** before the undersigned, with an updated joint status report due 14 days prior.

Defendant Hidden Empire Film Group, LLC has not appeared, filed an answer, or otherwise responded to the complaint. Defendant Mark Chalant Phifer may not appear on behalf of Hidden Empire Film Group, LLC, and Hidden Empire Film Group, LLC may not appear without counsel. *See* E.D. Cal. L.R. 183(a). The parties are therefore **ordered to show cause** in their updated joint status report why the court should not direct the entry of Hidden Empire Film Group, LLC's default. *See* Fed. R. Civ. P. 55(a).

IT IS SO ORDERED.

DATED: March 7, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1