1  J. SCOTT GERIEN, State Bar No. 184728
   DICKENSON, PEATMAN & FOGARTY
2  1500 First Street, Suite 200
   Napa, California 94559
3  Telephone: (707) 252-7122
   Facsimile: (707) 340-7239
4

5  Attorneys for Plaintiffs
   HIDDEN EMPIRE FILM GROUP, LP
   DEON TAYLOR
6  ROXANNE AVENT TAYLOR

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12 Hidden Empire Film Group LP, Deon          CASE NO. 2:22-cv-01956-DJC-DB
   Taylor and Roxanne Avent Taylor,
13                                            **STIPULATION AND ORDER TO**
           Plaintiffs,                        **ELECT REFERRAL OF ACTION TO**
                                              **VOLUNTARY DISPUTE RESOLUTION**
14     vs.                                    **PROGRAM (VDRP) PURSUANT TO**
                                              **LOCAL RULE 271**
15 Mark Chalant Phifer and Hidden Empire
   Film Group, LLC,
16
           Defendants.
17

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: July 24, 2023

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By
J. Scott Gerien

1500 First Street, Suite 200
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-340-7239
sgerien@dpf-law.com

Attorneys for Plaintiffs,
HIDDEN EMPIRE FILM GROUP, LP
DEON TAYLOR
ROXANNE AVENT TAYLOR

MARK CHALANT PHIFER, *pro se*

/Mark Phifer/
Address and Contact info
311 N. Robertson Blvd., Suite 146
Beverly Hills, CA 90211

IT IS SO ORDERED

Dated:  July 24, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE