1  J. SCOTT GERIEN, State Bar No. 184728
   DICKENSON, PEATMAN & FOGARTY
2  1500 First Street, Suite 200
   Napa, California 94559
3  Telephone: (707) 261-7000
   Facsimile: (707) 340-7239
4
   Attorneys for Plaintiffs
5  HIDDEN EMPIRE FILM GROUP, LP
   DEON TAYLOR
6  ROXANNE AVENT TAYLOR
7
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
11
   Hidden Empire Film Group LP, Deon         CASE NO. 2:22-cv-01956-DJC-DB
12 Taylor and Roxanne Avent Taylor,
                                             **NOTICE OF DISMISSAL WITH**
13         Plaintiffs,                        **PREJUDICE**
14  vs.
15 Mark Chalant Phifer and Hidden Empire
   Film Group, LLC,
16
           Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL WITH            1            Case No. 2:22-cv-01956-DJC-DB
PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to a settlement agreement entered between the parties, Plaintiffs, Hidden Empire Film Group LP ("HEFG LP"), Deon Taylor ("Mr. Taylor") and Roxanne Avent Taylor ("Ms. Avent Taylor") (collectively "Plaintiffs"), hereby dismiss the above-captioned action in its entirety with prejudice.

Dated: April 22, 2024

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY

By

J. Scott Gerien

1500 First Street, Suite 200
Napa, California 94559
Telephone: 707-261-7000
Facsimile: 707-340-7239
sgerien@dpf-law.com

Attorneys for Plaintiffs,
HIDDEN EMPIRE FILM GROUP, LP
DEON TAYLOR
ROXANNE AVENT TAYLOR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

I am employed in the County of Napa, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Dickenson Peatman & Fogarty P.C., 1500 First Street, Suite 200, Napa, CA 94559. On the date indicated below, I served the following document(s):

**NOTICE OF DISMISSAL WITH PREJUDICE**

on the person(s) below, as follows:

| | |
|---|---|
| Mark Chalant Phifer | Hidden Empire Film Group, LLC |
| 311 N Robertson Boulevard, Suite 146 | 311 N Robertson Boulevard, Suite 146 |
| Beverly Hills, CA  90211 | Beverly Hills, CA  90211 |
| Email: chalantt@gmail.com | Email: chalantt@gmail.com |

(XX)   U. S. MAIL. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

( )     VIA OVERNIGHT MAIL. I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

( )     BY FAX TRANSMISSION. Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax number(s) indicated after the address(es) noted above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

(**XX**)   BY ELECTRONIC SERVICE I caused a courtesy copy of the document(s) to be sent to the person(s) at the electronic notification address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 22, 2024, at Napa, California.

_____
Isabela Ramos